# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL L. JACKSON

NO. 2021 KW 0992

**AUGUST 20, 2021**

---

In Re:    Michael L. Jackson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-16-0008.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**STAY LIFTED. WRIT DENIED.**

PMc
MRT

**Welch, J.,** dissents in part and would grant the writ application for the sole purpose of ordering the trial court to inquire if the potential jurors have read or heard anything with regard to the case since the trial commenced. In all other respects, I would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT